**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JUSTIN C. NARD**                                                                                   **PLAINTIFF**

**VS.**                          **CASE NO. 4:05-CV-00429 GTE**

**KIM COLCLOUGH**                                                        **DEFENDANT**

### **JUDGMENT**

Pursuant to the Court's Order filed in this matter this date granting summary judgment in favor of Defendant Kim Colclough, it is hereby CONSIDERED, ORDERED, AND ADJUDGED that the Amended Complaint in this matter be, and it hereby is, dismissed in its entirety.

IT IS SO ORDERED THIS __3rd__ day of January, 2007.

                                                         /s/Garnett Thomas Eisele
                                                         UNITED STATES DISTRICT JUDGE